United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 21-12331-amc

Rena Oliver                                                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                             Page 1 of 2

Date Rcvd: May 26, 2022                  Form ID: pdf900                       Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                         regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rena Oliver, 500 S. Warminster Road, Hatboro, PA 19040-4016 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2022                        Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JONATHAN C. SCHWALB | on behalf of Creditor Fay Servicing  LLC as servicer for LSF9 Master Participation Trust bankruptcy@friedmanvartolo.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor Fay Servicing  LLC as servicer for LSF9 Master Participation Trust ldoyle@milsteadlaw.com, bankruptcy@friedmanvartolo.com |
| REBECCA ANN SOLARZ | on behalf of Creditor LSF9 Master Participation Trust bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor Rena Oliver Perlick@verizon.net  pireland1@verizon.net |

District/off: 0313-2                                    User: admin                                    Page 2 of 2
Date Rcvd: May 26, 2022                          Form ID: pdf900                              Total Noticed: 1
TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:　　　RENA OLIVER　　　　　　:　　CHAPTER 13
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　　　DEBTOR　　　　　　　　　:　　BANKRUPTCY No. 21-12331 AMC

**ORDER TO ALLOW COUNSEL FEES**

　　　　Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $6,600.00 |
| Total expense cost: | $   20.00 |
| Attorney fee already paid by Debtor | $5,500.00 |
| Net amount to be paid by Trustee | $1,120.00 |

　　　　The net amount is to be paid by the Trustee to Zachary Perlick, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

**Date: May 26, 2022**　　　　　_____

THE HONORABLE ASHELY M. CHAN

Dated: