United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-12331-amc |
| Rena Oliver | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 08, 2022 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rena Oliver, 500 S. Warminster Road, Hatboro, PA 19040-4016 |
| cr | + | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Dept, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| cr | + | Fay Servicing, LLC as servicer for LSF9 Master Par, c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2022                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JONATHAN C. SCHWALB | |
| | on behalf of Creditor Fay Servicing  LLC as servicer for LSF9 Master Participation Trust bankruptcy@friedmanvartolo.com |
| LORRAINE GAZZARA DOYLE | |
| | on behalf of Creditor Fay Servicing  LLC as servicer for LSF9 Master Participation Trust ldoyle@milsteadlaw.com, bankruptcy@friedmanvartolo.com |
| REBECCA ANN SOLARZ | |
| | on behalf of Creditor LSF9 Master Participation Trust bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | |
| | ECFMail@ReadingCh13.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jun 08, 2022 | Form ID: pdf900 | Total Noticed: 3

ZACHARY PERLICK on behalf of Debtor Rena Oliver Perlick@verizon.net pireland1@verizon.net

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Rena Oliver,<br>        Debtor | CASE NO.: 21-12331-amc<br><br>CHAPTER 13 |
| Fay Servicing, LLC as servicer for LSF9 Master Participation Trust,<br>Movant<br>v.<br><br>Rena Oliver<br>Scott F. Waterman- Trustee,<br>        Respondents | Judge: Ashely M. Chan<br><br>Hearing Date:<br><br>Objection Deadline: |

**AMENDED ORDER FOR *IN REM* RELIEF**

AND NOW, this __3rd__ day of __February__, 2022, upon the motion of Fay Servicing, LLC as servicer for LSF9 Master Participation Trust (hereafter "Movant") for *in rem* stay relief and after response and hearing, it is

ORDERED AND DECREED that Movant (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 and for ***In Rem*/Prospective Relief** to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 500 S. Warminster, Hatboro, PA 19040 up to and including listing the Property for Sheriff's Sale; and it is

FURTHER ORDERED AND DECREED that Movant is granted relief from the stay of 11 U.S.C. §362 to proceed with its Sheriff's Sale after February 17, 2022; and it is

FURTHER ORDERED and DECREED that should Debtor not sell the Property on or before February 17, 2022, for a full payoff to Creditor, the automatic stay under 11 USC §362 shall be fully terminated *in rem* as to the Property as of February 17, 2022. The Debtor shall be bound by this Order in any conversion of the instant Bankruptcy case and/or in any future bankruptcy filing. Movant, its successors or assigns, may disregard any future bankruptcy filings made by the Debtor or any other party with respect to the Property, and shall not be required to obtain relief from any automatic stay that would otherwise be imposed.

**BY THE COURT:**

_____

**U.S.B.J**.